COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIKE NAMI, | § | No. 08-12-00004-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| ISABEL NAMI, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2008CM3740) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice. Costs are assessed against the Appellant. *See* TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

April 18, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.